■ PATRICIA J. CURTO, Appellant, v ERIE COUNTY et al., Respondents. (Appeal No. 1.) [61 NYS3d 776]—

■ PATRICIA J. CURTO, Appellant, v ERIE COUNTY et al., Respondents. (Appeal No. 2.) [60 NYS3d 917]—Appeal from an amended order of the Erie County Court (David W. Foley, A.J.), dated May 19, 2016. The amended order denied the motion of plaintiff for leave to reargue.

1320

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Whalen, P.J., Smith, Carni, DeJoseph and Curran, JJ.